**Margoth VILLALOBOS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 10–2828.

United States Court of Appeals, Eighth Circuit.

Submitted: May 16, 2011.

Filed: May 19, 2011.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Margoth Villalobos petitions for review of an order of the Board of Immigration Appeals (BIA) denying an emergency stay of removal, and the BIA's later decision on her motion to reopen. We lack jurisdiction to review the BIA's denial of a stay because it is not a final order of removal, *see* 8 U.S.C. § 1252;